Knowlton Mixer, Appellant, v. James N. Adam, as Mayor of the City of Buffalo, and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Henry W. Watson, as Committee, etc., of Evalena Beadle, an Incompetent Person, Respondent, v. Lucios, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Adolph Wnuck, as Administrator, etc., of Herman Skrobuck, Deceased, Respondent, v. Charles F. Wisehoon and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of Charles F. Wisehoon & Son, Defendants, and John P. Hier, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. New York Central and Hudson River Railroad Company, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., who dissented upon the ground that under the circumstances disclosed by the affidavits in this case the court had no power to compel the witnesses named to submit to an examination.

The People of the State of New York, Respondent, v. Millie J. Newcomb, as Administratrix, etc., of Sarah A. Wiggins, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, J., who dissented upon the ground that the Court of Appeals having ordered a new trial against the substituted defendant, administratrix, and the plaintiff having proceeded without asking for a modification of the decision, and the defendant having succeeded on the trial, she is now entitled to costs under the decision of that court.

Otto Bronold, Appellant, v. Maggie Theuer, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied. Held, that the action is one in equity. All concurred, except Spring, J., who dissented.

Theodore Searle, Respondent, v. George S. Waterman, Appellant.— Judgment affirmed, with costs. All concurred.

William Howley, Appellant, v. Frank Hopkins, as Committee of Michael J. (Otherwise Known as Mitchel) Howley, an Incompetent Person, Respondent.— Judgment affirmed, with costs. All concurred.

Elizabeth J. Campbell, Appellant, v. Louis Black, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the complaint states but one cause of action. All concurred, except Robson, J., who dissented; McLennan, P. J., not sitting.

Henry K. Williams, a Taxpayer of the City of Dunkirk, New York, Respondent, v. Harry James, as Mayor of the City of Dunkirk, Respondent, Impleaded with Richard Heppell, as Clerk of the City of Dunkirk, and Others, and Joseph Stejakowski, as Councilman, and Others, Appellants. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Henry K. Williams, a Taxpayer of the City of Dunkirk, New York, Respondent, v. Harry James, as Mayor of the City of Dunkirk, Respondent, Impleaded with Richard Heppell, as Clerk of the City of Dunkirk,

and Others, and Joseph Stejakowski, as Councilman, and Others, Appellants. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., who dissented.

Mathilde C. Wallace, Respondent, v. City of Niagara Falls and Read-Coddington Engineering Company, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements to abide event, without prejudice to a renewal of the motion if the plaintiff shall refuse to try the case at the next Special Term. All concurred.

George W. Stallman and Edward G. Snyder, Respondents, v. Rose L. Barrowclough, Appellant.— Judgment affirmed, with costs. All concurred.

Albert Siebe, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Giuseppe Croce and Joseph Beccuti, Respondents, v. Antonio Buonomo, Appellant.— Judgment affirmed, with costs. All concurred.

Matie Herman and Another, as Administrators, etc., Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion granted and appeal dismissed, with costs.

Charles Dixon, Respondent, v. Cortland Snook, Appellant. Jane Mahanna, Appellant, v. Frank Philips, Respondent. James S. Otis, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— The foregoing cases having been twice reached in their regular order upon the calendar, and twice passed, are dismissed under general rule 39.

Sarah H. Robbins, Respondent, v. Town of Evans, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Calvin Fogelsanger, Respondent, v. Anna Gehres, Appellant.— Motion for reargument denied, with ten dollars costs.

---

## SECOND DEPARTMENT, OCTOBER, 1911.

HERBERT REX, an Infant, by CHARLES M. REX, His Guardian ad Litem, Respondent, v. CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Defendant, Impleaded with the LONG ISLAND RAILROAD COMPANY, Appellant.

*Railroad — negligence — accident at crossing — improper charge.*

Appeal from a judgment in favor of the plaintiff, entered in the office of the clerk of the county of Kings on the 23d day of November, 1910, and also from an order entered in said office on the 1st day of December, 1910, denying a motion for a new trial made upon the minutes.

PER CURIAM: The plaintiff has recovered a judgment against the Coney Island and Brooklyn Railroad Company and the appellant, the Long Island Railroad Company, for injuries sustained in August, 1907, at a point in the borough of Brooklyn where the tracks of the two companies cross at right angles, a place known as "Manhattan Crossing." The plaintiff was a passenger on one of the trolley cars of the Coney Island